Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
21163 Newport Coast Drive #206
Newport Coast, CA 92657
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Louise Fermin, | Case No. 2:24-cv-00771-DC-SCR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Grocery Outlet Inc. and JBX5 Grocery Inc, | |
| Defendants. | |

Pursuant to Local Rule 160, plaintiff Linda Louise Fermin hereby notifies the Court that the parties have reached a global settlement in this case. Plaintiff will file dispositional documents no more than 21 days from today's date.

Respectfully submitted,

Dated: March 24, 2025                                  Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff