Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
21163 Newport Coast Drive #206
Newport Coast, CA 92657
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Louise Fermin,<br><br>      Plaintiff,<br>v.<br><br>Grocery Outlet Inc. and JBX5 Grocery Inc.,<br><br>      Defendants. | Case No. 2:24-cv-00771-DC-SCR<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff Linda Louise Fermin and Defendants Grocery Outlet Inc. and JBX5 Grocery Inc. hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

Dated: April 7, 2025

Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff

Dated: April 7, 2025

Duggan McHugh Law Corporation


/s/ Christina Bucci Hamilton
By: Christina Bucci Hamilton
Attorney for Defendants

---

1
STIPULATION FOR DISMISSAL